IN THE COMMONWEALTH COURT OF PENNSYLVANIA

George A. Reihner and    :
Judith A. Reihner, his wife,   :
    Appellants    :
            :
    v.       :  No. 256 C.D. 2017
            :
The City of Scranton Zoning  :
Hearing Board     :

# **O R D E R**

NOW, February 1, 2018, having considered appellee Green Ridge Neighborhood Association's application for reargument, the application is denied.

 

           ———————————————————
           MARY HANNAH LEAVITT,
           President Judge